No. 1,865.—STATE EX REL. DONOVAN, ATTORNEY GEN-
ERAL, RELATOR, v. WADSWORTH, TREASURER, RESPOND-
ENT.

Original—Injunction.

Decided October 9, 1902.

PER CURIAM.—Relator's application for an injunction here-
in is hereby denied.

(MR. JUSTICE PIGOTT, being disqualified, takes no part in
making this order.)

*Mr. James Donovan, in pro. per.*

---

No. 1,711.—ROBINSON, APPELLANT, v. JOHNSON, RE-
SPONDENT.

*Appeal from District Court, Lewis & Clarke County; Sydney
H. McIntire, Judge.*

On motion to dismiss appeal.

Decided October 14, 1902.

PER CURIAM.—Upon motion of counsel for the appellant
herein, this appeal is dismissed.

*Messrs. McConnell & McConnell,* for Appellant.